IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN DENNIS                                                                                           PLAINTIFF

v.                                      CASE NO. 2:21-CV-00069-BSM

DENNIS LEE NIX                                                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE